Joffrey CLEVELAND; Wade T. Visconte, doing business as All American Law Firm LA, L.L.C., Plaintiffs–Appellants

v.

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, Defendant–Appellee

No. 15–30947

United States Court of Appeals, Fifth Circuit.

Date Filed: 06/13/2016

Wade Thomas Visconte, Esq., All American Law Firm of LA, L.L.C., Bossier City, LA, for Plaintiff–Appellant Joffrey Cleveland.

Wade Thomas Visconte, Esq., Pro Se.

Andrew James Herink, Esq., Timothy Craig Reuter, Associate General Counsel, Central States Funds, Rosemont, IL, for Defendant–Appellee.

Before SMITH, BARKSDALE, and COSTA, Circuit Judges.

PER CURIAM: *

The Court's having reviewed the briefs, heard oral argument, and considered perti-

---

nent parts of the record, the judgment is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.